STATE v. HEAD

No. 133P86.

Case below: 79 N.C. App. 1.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

STATE v. HOOPER

No. 103A86.

Case below: 79 N.C. App. 93.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

STATE v. MASON

No. 193P86.

Case below: 79 N.C. App. 477.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

STATE v. MORRIS

No. 245A86.

Case below: 79 N.C. App. 659.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 6 May 1986. Motion by the State to dismiss appeal under Appellate Rules 14(a) and (b) allowed 6 May 1986.

STATE v. MUNCY

No. 203P86.

Case below: 79 N.C. App. 356.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.